HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE EUGENIA ALLEN-VRABLIK,<br><br>    Debtor.<br><br>DAVID VRABLIK & EUGENIA ALLEN-VRABLIK,<br><br>    Plaintiffs-Appellants,<br><br>    v.<br><br>HSBC BANK & ONEWEST BANK, FSB,<br><br>    Defendants-Appellees. | BANKR. NO. 08-16706TWD<br><br>ADV. PROC. NO. 10-1100TWD<br><br>CASE NO. C12-1369RAJ<br><br>ORDER |

     The court's March 25, 2014 order (Dkt. # 30) directed the parties to submit a joint statement regarding a negotiated resolution to their dispute. The deadline for that statement was April 9, 2014, and the alternative to submitting it was the court's entry of judgment in favor of the Appellees. Mar. 25 ord. at 10 ("If [the parties] do not submit a joint statement, the court will direct the clerk to enter judgment for the banks.") The parties did not file a joint statement. The court directs the clerk to enter judgment for the banks consistent with the March 25 order.

     Dated this 14th day of April, 2014.

                                                                                                   *Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1